## STATE OF CONNECTICUT *v.* RONNIE HOLLEY

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 350 (AC 25265), is denied.

*Norman A. Pattis*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 20, 2005

---

## RONALD MORRIS ET AL. *v.* CEE DEE, LLC, ET AL. *

The petition by the defendant Dee C. Cheshire for certification for appeal from the Appellate Court, 90 Conn. App. 403 (AC 25279), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant Dee C. Cheshire personally was liable for the named plaintiff's injury?"

The Supreme Court docket number is SC 17501.

*Matthew G. Berger*, in support of the petition.

Decided September 20, 2005

---

## GEORGE FRANK *v.* COMMISSIONER OF CORRECTION

The petitioner George Frank's petition for certification for appeal from the Appellate Court, 90 Conn. App. 326 (AC 25295), is denied.

*Kevin E. Dehghani*, special public defender, in support of the petition.

Decided September 20, 2005

---

* The appeal was withdrawn March 13, 2006.